IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

| | |
|---|---|
| JOSE GILBERTO SERRANO GOYCO, | : |
| Petitioner, | : |
| v. | : CIVIL ACTION NO.: CV205-239 |
| BUREAU OF PRISONS, Officials Fiction Defendants #'s 1-10; CALLIE P. FARR; R.E. HOLT; JOSE M. VAZQUEZ, Warden; JEFFREY HOLMES; SUSAN PAIGE; CHERIE SUMMERS; TREVOR O. HOMPTON; ANA WARGA; U.S. MARSHALS; BANNUM PLACE OF ORLANDO, INC.; HARLEY G. LAPPIN, and ALBERTO GONZALEZ, Attorney General, | : |
| Respondents. | : |

## ORDER

Petitioner filed a petition for writ of habeas corpus pursuant to the provisions of 28 U.S.C. § 2241 while he was incarcerated at the Federal Correctional Institution in Jesup, Georgia. On September 19, 2006, United States Magistrate Judge James E. Graham entered a Report recommending that the petition be denied in part and dismissed in part. Petitioner has now filed a Notice of Appeal of the Report and Recommendation. As the Report and Recommendation is not an appealable Order, the "Appeal" is **dismissed**. Petitioner shall have until October 30, 2006, to file any desired objections to said Report and Recommendation.

SO ORDERED, this 13 day of Oct., 2006.

JUDGE, UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF GEORGIA

AO 72A
(Rev. 8/82)