IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF GEORGIA
BRUNSWICK DIVISION

FILED
U.S. DISTRICT COURT

2007 MAR 23  A 11: 27

JOSE GILBERTO SERRANO GOYCO

vs.

BUREAU OF PRISONS OFFICIALS
Fiction Defendants #'s 1-10
Designating Any and All Persons
Involved in the Imposition of My
Current Confinement, CALLIE FARR,
In Her Capacity of CCM, R.E. HOLT,
In His Capacity of Southeast Regional
Director, JOSE M. VAZQUEZ, In His
Capacity of Warden at FSL,
JEFFREY HOLMES, In His Capacity of
CCC's Officer, et al.,

CV205-239
Appeal No. 06-16059-FF

## ORDER

Pursuant to 11th Cir.R.42-2c, this appeal is hereby dismissed for want of prosecution because the appellant has failed to file appellant's brief and record excerpts within the time fixed by the rules, effective this 19th day of March, 2007.

**IT IS HEREBY ORDERED** that the order of the United States Court of Appeals for the Eleventh Circuit is made the Judgment of this Court.

**SO ORDERED**, this _23_ day of March 2007.

Anthony A. Alaimo
Judge, Untied States District Court
Southern District of Georgia